UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MAJOR TATE                                                                                              PLAINTIFF

v.                                                                         CIVIL ACTION NO. 3:13cv904-DPJ-FKB

CAROLYN COLVIN, Commissioner
Social Security Administration                                                                  DEFENDANT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court.  The deadline to object under Rule 72(b)(2) of the Federal Rules of Civil Procedure has now passed without objection. The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. This cause is hereby remanded to the Commissioner for further proceedings.

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE